**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Nathan Adam Cook,

      Plaintiff,

      v.

Groveport Madison Local
School District, *et al.*,

      Defendants.

Case No. 2:25-cv-1117

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

The Magistrate Judge recommended that the Court dismiss Plaintiff's Complaint for failure to prosecute.  ECF No. 17.  That Report and Recommendation ("R&R") notified Plaintiff of his right to object to that recommendation and of the consequences of failing to do so.  *Id.* at 5.  Plaintiff failed to object.  Accordingly, the Court **ADOPTS** the R&R without conducting a de novo review and **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.  The Clerk shall enter judgment and terminate this case.

      **IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**